UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS DWAYNE ROCHA, JR.,<br><br>    Defendant. | NO. 4-18-70993 MAG<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: DONALD M. O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies; and the Sheriff for Alameda County, Glenn E. Dyer Detention Facility, 550 6th Street, Oakland, CA 94607, and/or any of his authorized deputies,

Pursuant to the foregoing petition and order, you are directed to produce defendant, CHRIS DWAYNE ROCHA, JR. (Alameda County booking number BLY977), who is currently in your custody in the Glenn E. Dyer Detention Facility, 550 6th Street, Oakland, CA 94607, or any other institution in the Sheriff's custody, before the Honorable Kandis A. Westmore, United States Magistrate Judge, 1301 Clay Street, Oakland, California, 94612, Courtroom 4, 3rd Floor, on August 7, 2018 for status hearing. You are further directed to produce said prisoner at all times necessary until the termination of the proceedings in this Court.

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

DATED: __08/01/2018__

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Susan Y. Soong*

By: __Jessie Mosley__
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDEM
4-18-70993 MAG