FILED
AUG - 7 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>CHRIS DWAYNE ROCHA,<br><br>Defendant. | Case No. 18-mj-70993-MAG-1 (KAW)<br><br>Charging District: Southern Texas (Victoria)<br>Charging District's Case No.: 6:16-cr-00098-1 |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: United States Courthouse<br>1133 North Shoreline Boulevard,<br>Room 208<br>Corpus Christi, TX 78401 | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 8/7/18

_____
KANDIS A. WESTMORE
United States Magistrate Judge